UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20478-CIV-UNGARO

FALISTIL CLAUDE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Plaintiff's Motion for Summary Judgment (D.E. 22), filed on August 17, 2009, and Defendant's Motion for Summary Judgment (D.E. 26), filed on September 28, 2009.  The Honorable Robert L. Dube, United States Magistrate Judge has issued a Report and Recommendation dated December 21, 2009 (D.E. 29), recommending that Plaintiff's Motion be granted in part and Defendant's Motion be denied; and accordingly, that the decision of the Commissioner be reversed and remanded for further evaluation.  The parties have failed to file objections to the Report.  *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding the failure to file timely objections bars the parties from attacking factual findings on appeal).  The matter is ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that United States Magistrate Judge Dube's Report and Recommendation of December 21, 2009 (D.E. 29), is RATIFIED, AFFIRMED and ADOPTED.  It is further

ORDERED AND ADJUDGED that the Plaintiff's Motion for Summary Judgment is GRANTED IN PART.  The Court will separately enter its final judgment.  It is further

ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment is

DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of January, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record